# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLINTON COX, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BOBBY L. MEEKS, )<br>)<br>Respondent. ) | Case No. 1:13-cv-52-SJM-SPB |

## MEMORANDUM ORDER

The instant petition for writ of habeas corpus was received by the Clerk of Court on February 14, 2013 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Report and Recommendation, filed on July 16, 2013 [18], recommends that the instant petition for writ of habeas corpus be dismissed with prejudice for lack of subject matter jurisdiction. Petitioner was allowed fourteen (14) days from the date of service in which to file objections. His objections [19] were filed on July 24, 2013.

After de novo review of the petition and documents in the case, together with the Report and Recommendation and Petitioner's objections thereto, the following order is entered:

AND NOW, this 25th Day of July, 2013;

IT IS ORDERED that the Petition for Writ of Habeas Corpus shall be, and hereby is, DISMISSED with prejudice for lack of subject matter jurisdiction.

The Report and Recommendation of Magistrate Judge Baxter, filed on July 16, 2013 [18], is adopted as the opinion of the Court.

                                                s/   Sean J. McLaughlin

                                                   SEAN J. McLAUGHLIN
                                                   United States District Judge

cm:    All parties of record

        U.S. Magistrate Judge Susan Paradise Baxter